UNITED STATES DISTRICT COURT
NORTHERNERN DISTRICT OF OHIO

**Jacqueline Tschan,** as guardian and next friend on behalf of **M.T.** a protected minor,

And

**Alton Tschan**, as guardian and next friend on behalf of **M.T.** a protected minor,

       Plaintiffs,

v.

**Toledo Public Schools,**

And

**Board of Education Toledo Public Schools**,

And

**Scott Michaelis,**

       Defendants.

Case No. 3:23-CV-00913

Judge Jeffrey J. Helmick

## JOINT STIPULATION OF SUBSTITUTION

NOW COME the parties in this action, Plaintiffs Jacqueline Tschan, as guardian and next friend on behalf of M.T. a protected minor, and Alton Tschan, as guardian and next friend on behalf of M.T. a protected minor and Defendants, Toledo Public Schools ("TPS") and Board of Education Toledo Public Schools (the "Board"), by and through their undersigned counsel, to hereby stipulate as follows:

1.    In this action, Plaintiffs incorrectly identified Defendants TPS and the Board. The proper party is the "Board of Education of the Toledo City School District."

2. The parties jointly stipulate that the Board of Education of the Toledo City School District shall be substituted as a defendant in this case for Defendants TPS and the Board, and that Defendants TPS and the Board shall be dismissed from the case with prejudice.

3. The parties also jointly stipulate that all references in the Complaint to TPS and the Board shall be construed as references to the Board of Education of the Toledo City School District.

4. Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, the Board of Education of the Toledo City School District hereby waives service of the summons in this action.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge


I STIPULATE TO THE ENTRY OF THE ABOVE ORDER.

Respectfully Submitted,

| LAW OFFICES OF OWEN DUNN, JR. | MARSHALL & MELHORN, LLC |
| --- | --- |
| Attorney for Plaintiff | Attorneys for Defendants |
| /s/ Owen B. Dunn, Jr. | /s/   Shawn A. Nelson |
| Owen B. Dunn, Jr. (0074743) | Amy M. Natyshak (0043941) |
| 6800 W. Central Ave., Suite C-1 | Shawn A. Nelson (0092761) |
| Toledo, Ohio 43617 | Eli D. Boldt (0099989) |
| P: (734) 240-0848 | Four SeaGate, Eighth Floor |
| F: (419) 241-9737 | Toledo, Ohio 43604 |
| E: Dunnlawoffice@sbcglobal.net | T: 419-249-7100 |
| | F: 419-249-7151 |
| | natyshak@marshall-melhorn.com |
| | nelson@marshall-melhorn.com |
| | boldt@marshall-melhorn.com |